UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CIVIL ACTION NO: 2:16-cv-00434

| | |
|---|---|
| Deutsche Bank National Trust Company, as Trustee, in Trust for Registered Holders of Soundview Home Loan Trust 2007-WMC1, Asset-Backed Certificates, Series 2007-WMC1 | |
| Plaintiff | [PROPOSED] ORDER ON NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| vs. | RE: 104-106 Manson Avenue, Kittery, ME 03904 |
| Harold J. LeClair III a/k/a Harold LeClair | |
| Nathale L. LeClair a/k/a Nathalie L. LeClair | Mortgage: 10/19/2006 Book 14991, Page 226 |
| Defendant | |
| NCO Portfolio Management, Inc. | |
| Arrow Financial Services, Inc. | |
| Maine Revenue Services | |
| Parties-In-Interest | |

**ORDER**

Plaintiff's Motion to Dismiss without Prejudice is hereby

GRANTED      _____

DENIED       _____

DATED:

_____
Magistrate Judge, Nancy Torresen